STATE of Missouri,
Plaintiff/Respondent,

v.

Jamikeo N. THOMPSON,
Defendant/Appellant.

No. ED 100627

Missouri Court of Appeals
Eastern District
DIVISION FIVE

Filed: November 12, 2014

Motion for Rehearing and/or Transfer to Supreme Court Denied December 30, 2014

Application for Transfer Denied February 24, 2015

Lisa Stroup, 1010 Market Street, Suite 1100 ,St. Louis, Missouri 63101, for appellant.

Dora Ficher, P.O. Box 899, Jefferson City, Missouri 65102, for respondent.

Before Angela T. Quigless, C.J., Sherri B. Sullivan, J. and Lisa S. Van Amburg, J.

*ORDER*

PER CURIAM

Defendant Jamikeo Thompson was convicted by jury in the Circuit Court of the City of St. Louis of one count of trafficking drugs in the second degree, section 195.223, R.S.Mo. (Cum.Supp.2007), and two counts of possession of a controlled substance, section 195.202, R.S.Mo. (Cum. Supp.2011). We affirm the trial court's judgment.

No error of law appears. An extended opinion would have no precedential value.

The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).